IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| John Takacs, ) | Case No. 1:06-CV-01870-CAB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: Christopher A. Boyko |
| ) | |
| Claas of America, LLC ) | |
| ) | |
| -and- ) | |
| ) | |
| Blacks's Equipment & Trucking S.E., Inc. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CLAAS OF AMERICA, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Comes now, the Defendant, Claas of America, LLC ("Claas"), and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.13 of the Local Rules of the Northern District of Ohio, files its Corporate Disclosure Statement:

The parent company of Claas is Claas North America Holdings Inc. No publicly-held company owns 10% or more of the stock of Claas. No publicly held corporation or its affiliate has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement, or indemnity agreement.

{C0009324.1 }

Respectfully submitted,

/s/ Jay E. Krasovec
Kevin Murch (0066833)
  kmurch@szd.com
Jay E. Krasovec (0069787)
  jkrasovec@szd.com
SCHOTTENSTEIN, ZOX, & DUNN CO., LPA
US Bank Centre at Playhouse Square
1350 Euclid Avenue, Suite 1400
Cleveland, OH  44115
Phone:  (216) 621-6501
Facsimile:  (216) 621-6502

-and-

Judy S. Okenfuss
  judy.okenfuss@icemiller.com
Andrew J. Miroff
  drew.miroff@icemiller.com
ICE MILLER LLP
One American Square
Suite 3100
Indianapolis, IN  46282-0200
Phone:  (317) 236-2100
Facsimile:  (317) 236-2219
(Motion for *Pro Hac Vice* Admission pending*)*

*Attorneys for Defendant Claas of America, LLC*

{C0009324.1 }

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 28th, 2006, a copy of the foregoing Defendant Claas of America, LLC's Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jay E. Krasovec
Jay E. Krasovec

{C0009324.1 }