**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOHN TAKACS,** | ) | **CASE NO.1:06CV1870** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **CLAAS OF AMERICA, LLC ET AL.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

## CHRISTOPHER A. BOYKO, J:

This matter is before the Court on Defendant Claas of America. LLC's ("Claas") Motion for Leave to Amend Answer and to Add Black's Trucking and Equipment S.E., Inc., to the Jury Verdict Form (ECF #31). "Under Federal Rule of Civil Procedure 15(a), a district court should freely grant a plaintiff leave to amend a complaint 'when justice so requires.'" *Kottmyer v. Maas,* 436 F.3d 684, 692 (6th Cir. 2006). "A motion to amend a complaint should be denied if the amendment is brought in bad faith, for dilatory purposes, results in undue delay or prejudice to the opposing party, or would be futile." *Crawford v. Roane,* 53 F.3d 750, 753 (6th Cir. 1995). Since Defendant has not argued the motion for leave to amend was offered in bad faith, for dilatory purposes or would unduly delay the proceedings to Plaintiff's prejudice, the Court grants Defendant leave to amend its Answer. The Court denies, as premature, Defendant's

Motion to Add Black's Trucking to the Jury Verdict Form. The Court will address the issue during trial. Defendant shall file its Amended Answer no later than seven days from the filing of this Order.

      IT IS SO ORDERED.

| | |
|---|---|
| May 8, 2007 | s/Christopher A. Boyko |
| Date | CHRISTOPHER A. BOYKO |
| | United States District Judge |